In the Matter of JACOB LEVINSON, an attorney and counsellor-at-law.

Argued September 24, 1951.

For the order: *Mr. Henry F. Schenk.*
For the respondent: *Mr. Edward Gaulkin.*

Respondent reprimanded, October 1, 1951.

In the Matter of EMANUEL FINKLESTEIN, an attorney-at-law.

Argued October 1, 1951.

For the order: *Mr. Frederick C. Vonhof.*

Name of respondent ordered stricken from the roll of attorneys-at-law.